

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR REHEARING EN BANC

Cause number and style:       01–13–00146–CR;  *Mendoza v. State*

Date motion filed:            July 18, 2013

Party filing motion:          Richard Mendoza, Jr.

      It is **ordered** that the motion for rehearing en banc is denied.

Judge's signature: /s/ Jane Bland
                   Acting for the Court

The En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle. Justice Sharp, not participating.

Date: August 14, 2014